# Exhibit 11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TEDDRICK BAILEY,**<br>**Individually and on behalf of all others similarly situated**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**UNIVERSAL CABLE HOLDINGS, INC. d/b/a SUDDENLINK COMMUNICATIONS**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:20-CV-00034-JRG-RSP**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23(b)(3)** |

**NOTICE OF COLLECTIVE ACTION LAWSUIT**

TO: All Hourly Call-Center Employees Who Worked for Universal Cable Holdings, Inc. d/b/a Suddenlink Communications, Anywhere In The United States, At Any Time in the Past Three Years Through The Final Disposition Of This Matter.

RE: The Right of Current and Former Call-Center Employees Who Worked For Universal Cable Holdings, Inc. d/b/a Suddenlink Communications to Join a Lawsuit Seeking Unpaid Back Wages and Overtime.

**DEADLINE TO FILE CONSENT FORM: ______________________________, 2020.**[1]

## 1. Why Are You Getting This Notice?

You received this Notice because the Court in charge of this lawsuit has ordered this Notice be sent to persons who are identified by Universal Cable Holdings, Inc. d/b/a Suddenlink Communications' ("Suddenlink") records as a current or former Hourly Call-Center Employee (together, "Plaintiffs") who worked for Suddenlink at any time during the last three years.

The Court has allowed or "certified" a collective action lawsuit that may affect you. This notice is intended to advise you of how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit and describe how to participate in this lawsuit.

[1] This date will be three years back from the date the Court enters an order approving this Notice.

## 2. What Is This Lawsuit About?

Teddrick Bailey filed this lawsuit on behalf of himself and other current and former Hourly Call-Center Employees ("Plaintiffs") who worked for Suddenlink anywhere in the United States, alleging that Suddenlink failed to pay its Hourly Call-Center Employees the correct amount of overtime for all hours worked over forty (40) hours in a single workweek in violation of federal law.

Plaintiffs allege that Suddenlink caused them to perform work off-the-clock because it did not pay them for the time it took to log-in and start their computers and necessary programs before beginning their shift.

In addition to unpaid back wages and the correct amount of overtime, Plaintiffs are seeking liquidated (double) damages equal to their unpaid wages and overtime, as well as attorneys' fees and costs.

Suddenlink denies Plaintiffs' allegations. Suddenlink contends that the Plaintiffs have been, and continue to be, properly paid under the FLSA.

The Court has not decided who is right but has authorized this notice to inform you of your right to join this lawsuit.

## 3. Are You Eligible to Join This Lawsuit?

You are eligible to join this lawsuit if:

1. You were employed by Suddenlink as an Hourly Call-Center Employee at any time from three years prior to the present; and

2. You believe were not paid for the time it took you to get your computer and programs operational before beginning your scheduled shift.

## 4. What are Your Options?

If you meet the criteria for this lawsuit, you have a choice to assert your legal rights in this case if you desire to do so. However, you are not required to do so and may choose to take no action without consequence to you.

If you want to become a party to this case, you must read, sign, and return the attached Consent to Join Wage Claim form by **_______________________[2], 2020**.

You may return your consent form by filling out the attached Consent form, mailing it to Plaintiffs' attorneys at **ANDERSON ALEXANDER, PLLC**, 819 North Upper Broadway, Corpus Christi, Texas 78401, or by emailing it to team@a2xlaw.com.

---

[2] This date will be 60 days after the Notice is mailed.

## 5. Effect of Joining or Not Joining the Lawsuit.

If you submit a Consent to Join Wage Claim form, you will be part of the case. Therefore, if the Plaintiffs who filed this case win or settle the case, you may receive additional money from Suddenlink.

If the Plaintiffs who filed this case lose the case, you will receive nothing and will be bound by the decision, but you will not have to pay anything either.

If you decide to join the lawsuit, you may be required to answer written questions, appear for a deposition and/or testify at trial with regard to your claims against Suddenlink.

If you do not wish to be a part of the lawsuit, you do not need to do anything. The decision to join is entirely yours.

Because of the statute of limitations, eligible workers who do ***not*** join this litigation or choose to file their own separate claims, may lose their rights to recover overtime for work performed in the past for Suddenlink.

## 6. Suddenlink Cannot and Will Not Fire You for Joining This Lawsuit.

Many employees fear being terminated for making a wage claim. However, federal law prohibits Suddenlink, or any other employer, from firing or in any other manner discriminating against you because you join this case.

This means Suddenlink, or any other employer, is prohibited from firing you, demoting you, or cutting your pay because you participated in this case.

## 7. Your Legal Representation If You Join.

If you choose to join this suit you may choose to hire your own attorney, or you may agree to be represented by Plaintiffs' attorneys.

If you complete and submit the enclosed Consent Form you will be represented by the law firms of ANDERSON ALEXANDER, PLLC and HOMMEL LAW FIRM. Their contact information is listed below.

Plaintiffs' attorneys are advancing the expenses of the litigation. They are representing the Plaintiffs on a contingency fee basis. No current or former Hourly Call-Center Employees who joins the lawsuit will owe any attorneys' fees unless the Plaintiffs win the lawsuit.

Plaintiffs and their attorneys have agreed to a total attorney fee of forty percent (40%) of the unpaid overtime pay that Hourly Call-Center Employees are entitled to as a result of the lawsuit. This percentage will be reduced by any award of attorneys' fees received from the Court.

**In no event will any Hourly Call-Center Employee who opts-in owe any fees or costs to the attorneys if no back wages or overtime is received.**

## 8. How Can You Receive More Information?

If you have any questions about the collective action, your rights or the claims being made in this lawsuit, you may contact the Plaintiffs' attorneys directly at:


**ANDERSON ALEXANDER, PLLC**
**819 N. Upper Broadway**
**Corpus Christi, Texas 78401**
**Telephone: (361) 452-1279**
**Fax: (361) 452-1284**
**team@a2xlaw.com**


You should ***not*** contact Suddenlink or the Court to discuss this matter.

## 9. You Have Sixty (60) Days to Join this Lawsuit.

Your determination of whether or not to take action should be made promptly. Because the law only allows a person to recover up to three (3) years of back wages from the date the Consent to Join Wage Claim form is filed, time is of the essence in submitting this form if you wish to have the opportunity to make a full recovery.

All Consent forms must be filed no later than ____________________________**, 2020,** which is sixty (60) days after this Notice was mailed to you. A Consent form is enclosed with a self-addressed stamped envelope.

# CONSENT TO JOIN WAGE CLAIM AGAINST SUDDENLINK

Name: ________________________________________

1. I consent, agree, and opt-in to the lawsuit filed against Universal Cable Holdings, Inc. d/b/a Suddenlink Communications ("Suddenlink") titled *Bailey v. Universal Cable Holdings, Inc. d/b/a Suddenlink Communications*, No. 2:20-CV-00034 (E.D. Tex.) ("the Lawsuit"), to pursue my claims of unpaid back wages and overtime under the Fair Labor Standards Act ("FLSA") during the time that I was employed by Suddenlink.

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the attorneys at the law firms of ANDERSON ALEXANDER, PLLC and HOMMEL LAW FIRM as my attorneys to prosecute my wage claims in the Lawsuit.

4. I consent to having the Representative Plaintiff(s) in the complaint against Suddenlink make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize the attorneys at the law firms of ANDERSON ALEXANDER, PLLC and HOMMEL LAW FIRM to use this consent to re-file my claim in a separate lawsuit or arbitration against Suddenlink.

Signature: ____________________________ Date: ____________________________

**Please print or type the following information which will be kept confidential:**

| | |
|---|---|
| ____________________ Address | ____________________ City/State/Zip |
| ____________________ Home Telephone Number | ____________________ Cell Phone Number |
| ____________________ E-mail Address | ____________________ Estimated Dates of Employment |
| ____________________ Position(s) Held with Suddenlink | ____________________ Location(s) Worked for Suddenlink |