**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TEDDRICK BAILEY,**<br>**Individually and on behalf of all others similarly situated**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**UNIVERSAL CABLE HOLDINGS, INC. d/b/a SUDDENLINK COMMUNICATIONS**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:20-CV-00034-JRG-RSP**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23(b)(3)** |

# [PROPOSED] ORDER

The Court, having considered Plaintiff's Opposed Motion for Conditional Certification and Notice to the Putative Class Members ("Motion") is of the opinion that the Motion should be **GRANTED** as set forth below. The Court ORDERS that a class is conditionally certified as follows: **"All Hourly Call-Center Employees Who Worked For Universal Cable Holdings, Inc. d/b/a Suddenlink Communications, Anywhere In The United States, At Any Time In The Past Three Years Through The Final Disposition of This Matter."**

The Court hereby approves the Notice and Consent form attached as Exhibit 11 to the Motion and further orders that the parties comply with the following deadlines and terms:

| DEADLINE | SUBJECT |
| --- | --- |
| **14 Days from Order Approving Notice to Putative Class Members** | Defendant to disclose the names, addresses, e-mail addresses, telephone numbers, dates of employment, dates of birth, and driver's license numbers of the Putative Class Members in a usable electronic format. |
| **21 Days from Order Approving Notice to Putative Class Members** | Plaintiff's counsel shall send by mail, e-mail, and text-message the Court-approved Notice and Consent Form to the Putative Class Members.<br><br>Defendant shall post a copy of the Notice and Consent Form at all job sites. |
| **60 Days from Notice is Mailed to Putative Class Members** | The Putative Class Members shall have 60 days to return their signed Consent forms for filing with the Court.<br><br>Defendant may take down the posted Notice and Consent Form. |
| **30 Days from Notice is Mailed to Putative Class Members** | Plaintiff's Counsel is authorized to send by mail, e-mail, and text-message a second identical copy of the Notice/Consent Form to the Putative Class Members reminding them of the deadline for the submission of the Consent forms.<br><br>Plaintiff's Counsel is authorized to call Putative Class Members to ensure the Consent forms were received. |

The Court also ORDERS that Defendant is hereby prohibited from communicating directly or indirectly, with any Plaintiff or Putative Class Members about any matters which touch or concern the outstanding wage claims, or other matters related to this suit, during the pendency of this lawsuit. Defendant shall instruct all of its managers of the requirements of this Order. This Order shall not restrict Defendant from discussing with any Plaintiff or Putative Class Members matters that arise in

the normal course of business. Defendant is further prohibited from directing, permitting, or undertaking, either directly or through any employee, agent, or other intermediary, activities that intimidate, threaten, restrain, harass, coerce, or in any manner discriminate against Plaintiff, Putative Class Members, witnesses, potential witnesses, or their respective family members.