# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEDDRICK BAILEY, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:20-cv-0034-JRG-RSP |
| UNIVERSAL CABLE HOLDINGS, INC. D/B/A SUDDENLINK COMMUNICATIONS | § § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Teddrick Bailey and Defendant Universal Cable Holdings, Inc. d/b/a Suddenlink Communications (collectively, the "Parties") hereby stipulate that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Parties respectfully request the Court enter an Order of Dismissal with Prejudice that dismisses this lawsuit in its entirety, and each party shall pay their own respective attorney's fees and costs.

Dated: November 23, 2021

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**HOMMEL LAW FIRM**

By: /s/ *William S. Hommel, Jr.*
**William S. Hommel, Jr.**
State Bar No. 09934250
bhommel@hommelfirm.com
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
Telephone: 903-596-7100
Facsimile: 469-533-1618

*Attorneys for Plaintiff*

**HUSCH BLACKWELL, LLP**

By: /s/ *Josef S. Glynias*
**Josef S. Glynias** – Pro Hac Vice admitted
Missouri Bar No.: 54974
**Scott D. Meyers** – Pro Hac Vice admitted
Missouri Bar No.: 68266
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 345-6000
(314) 480-1505 facsimile
Joe.Glynias@huschblackwell.com
Scott.Meyers@huschblackwell.com

**Kevin Koronka**
State Bar No. 24047422
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 999-6100

(214) 999-6170 facsimile
Kevin.Koronka@huschblackwell.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander