**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEDDRICK BAILEY, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:20-cv-00034-JRG-RSP |
| UNIVERSAL CABLE HOLDINGS, INC. D/B/A SUDDENLINK COMMUNICATIONS | § § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Teddrick Bailey and Defendant Universal Cable Holdings, Inc. d/b/a Suddenlink Communications (Dkt. No. 59.)

After due consideration, the Court **ACCEPTS AND ACKNOWLEDGES** the Parties' stipulation. It is therefore **ORDERED**, pursuant to Fed. R. Civ. P. 41(a)(2)(A)(ii), that all claims for relief asserted in the above-captioned action are **DISMISSED WITH PREJUDICE** with each party to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Dec 1, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE